IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES WYROSDICK,

Petitioner,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.                                         CASE NO. 1D15-1259

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed April 1, 2015.

Petition Seeking Belated Appeal -- Original Jurisdiction.

James Wyrosdick, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.


PER CURIAM.

DENIED.  See Fla. R. App. P. 9.141(c)(5)(A).

WOLF, BENTON, and RAY, JJ., CONCUR.